# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 23-MJ-0095-MJM** |
| : | |
| **JUSTIN ERNEST RIGGS,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby requests that the Government's Motion for Detention, be filed under seal due to concerns for witness safety.

WHEREFORE, it is respectfully requested that the Government's Motion for Detention, be filed UNDER SEAL.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Christine Goo
Assistant United States Attorney


**ORDERED** as prayed, this _____ day of January 2023

_____
The Honorable Matthew J. Maddox
United States Magistrate Judge